**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PAGANO, BARBARA S. | § Case No. 10-74856 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 29, 2010. The undersigned trustee was appointed on December 01, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         40,000.69

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 40,000.69 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 02/09/2011 and the deadline for filing governmental claims was 02/09/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,750.00, for a total compensation of $4,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/04/2011     By: /s/STEPHEN G. BALSLEY
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74856  
**Case Name:** PAGANO, BARBARA S.  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/29/10 (f)  
**§341(a) Meeting Date:** 11/04/10  

**Period Ending:** 05/04/11  
**Claims Bar Date:** 02/09/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Location: 6805 New Hampshire Trail, Crystal Lake | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Misc items remaining from sales | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3  Daily wear | 500.00 | 0.00 | DA | 0.00 | FA |
| 4  Costume jewelry, wedding set | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5  METRA widow annuity | Unknown | 0.00 | DA | 0.00 | FA |
| 6  Monthly annuity money from METRA | Unknown | 0.00 | DA | 0.00 | FA |
| 7  Property from estate of husband, intestate succe  (u)    Value changed per Amended Schedule B filed January 27, 2011. | 200.00 | 0.00 | DA | 0.00 | FA |
| 8  Aetna Life insurance #3162  (u)    Value changed per Amended Schedule B filed January 27, 2011. | 516,114.07 | 0.00 | DA | 0.00 | FA |
| 9  Lifetime Membership Boulder Ridge CC  (u)    Value changed per Amended Schedule B filed January 27, 2011. | 11,995.00 | 0.00 | DA | 0.00 | FA |
| 10  2009 Toyota Camry    Upon further investigation, the trustee was informed that the debtor never owned a 2009 Toyota Camry, rather the debtor owns a 2007 Jeep Compass as listed in Amended Scedule B filed January 27, 2011. | 9,800.00 | 0.00 | DA | 0.00 | FA |
| 11  Preferential Transfer to Bank of America    Upon further investigation, the Trustee discovered that the debtor did not make any preferential payment to Bank of America. | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 12  Preferential Transfer to Chase    Settlement pursuant to Order to Compromise Controversy with Chase Bank entered March 7, 2011. | 16,000.00 | 16,000.00 | DA | 10,000.00 | FA |
| 13  Savings account at Fifth/Third #5461  (u) | 10,008.76 | 0.00 | DA | 0.00 | FA |
| 14  Checking/Savings account at Fifth Third #xxxx400  (u) | 30,872.75 | 30,000.00 | DA | 30,000.00 | FA |
| 15  Money from life insurance policy 3162 transferre  (u) | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 16  RTA Pension Monthly Annuity Survivor Trust x0945 (u) | 5,334.81 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-74856  
**Case Name:** PAGANO, BARBARA S.

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/29/10 (f)  
**§341(a) Meeting Date:** 11/04/10

**Period Ending:** 05/04/11

**Claims Bar Date:** 02/09/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | IMRF Monthly Annuity (u) | 450.17 | 0.00 | DA | 0.00 | FA |
| 18 | TD Ameritrade Account x9633 (u) | 196,189.10 | 0.00 | DA | 0.00 | FA |
| 19 | Metra 457 B account (u) | Unknown | 0.00 | DA | 0.00 | FA |
| 20 | 2007 Jeep Compass Sport 4x4 (u) | 11,005.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.69 | FA |
| 21 | Assets   Totals (Excluding unknown values) | $1,187,469.66 | $46,000.00 | | $40,000.69 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   March 10, 2011 (Actual)

Printed: 05/04/2011 09:52 AM   V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-74856 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | PAGANO, BARBARA S. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******56-65 - Money Market Account |
| Taxpayer ID #: | **-***5877 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 05/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | ---: | ---: | ---: |
| 02/21/11 | {12} | Chase Bank USA, NA | Settlement proceeds re: preferential transfer to Chase Bank | 1141-000 | 10,000.00 | | 10,000.00 |
| 02/28/11 | {14} | Barbara S. Pagano | Non-exempt proceeds in checking account | 1229-000 | 30,000.00 | | 40,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 40,000.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,000.34 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 40,000.66 |
| 05/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.03 | | 40,000.69 |
| 05/04/11 | | To Account #9200******5666 | Transfer funds from MMA to Checking Account | 9999-000 | | 40,000.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **40,000.69** | **40,000.69** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 40,000.69 | |
| | | | **Subtotal** | | **40,000.69** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,000.69** | **$0.00** | |

{} Asset reference(s)    Printed: 05/04/2011 09:52 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-74856 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | PAGANO, BARBARA S. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******56-66 - Checking Account |
| **Taxpayer ID #:** | **-***5877 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 05/04/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/11 | | From Account #9200******5665 | Transfer funds from MMA to Checking Account | 9999-000 | 40,000.69 | | 40,000.69 |
| | | | **ACCOUNT TOTALS** | | 40,000.69 | 0.00 | **$40,000.69** |
| | | | Less: Bank Transfers | | 40,000.69 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******56-65** | 40,000.69 | 0.00 | 0.00 |
| **Checking # 9200-******56-66** | 0.00 | 0.00 | 40,000.69 |
| | $40,000.69 | $0.00 | $40,000.69 |

# Claims Proposed Distribution

### Case: 10-74856   PAGANO, BARBARA S.

**Case Balance:** $40,000.69    **Total Proposed Payment:** $40,000.69    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 48.40 | 48.40 | 0.00 | 48.40 | 48.40 | 39,952.29 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Barrick, Switzer, Long, Balsley & Van Evera | Admin Ch. 7 | 8,848.50 | 8,777.88 | 0.00 | 8,777.88 | 8,777.88 | 31,174.41 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | STEPHEN G. BALSLEY | Admin Ch. 7 | 4,750.00 | 4,750.00 | 0.00 | 4,750.00 | 4,750.00 | 26,424.41 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| | U.S. Bankruptcy Court | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 26,174.41 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| 1 | TARGET NATIONAL BANK | Unsecured | 7,016.48 | 7,016.48 | 0.00 | 7,016.48 | 7,016.48 | 19,157.93 |
| 2 | American Infosource Lp As Agent for | Unsecured | 3,665.50 | 3,665.50 | 0.00 | 3,665.50 | 3,665.50 | 15,492.43 |
| 3 | American Infosource Lp As Agent for Wfnnb | Unsecured | 810.28 | 810.28 | 0.00 | 810.28 | 810.28 | 14,682.15 |
| 4 | Fifth Third Bank | Unsecured | 1,870.59 | 1,870.59 | 0.00 | 1,870.59 | 1,870.59 | 12,811.56 |
| 5 | Chase Bank USA,N.A | Unsecured | 202.77 | 202.77 | 0.00 | 202.77 | 202.77 | 12,608.79 |
| 6 | FIA Card Services, NA/Bank of America | Unsecured | 1,242.50 | 1,242.50 | 0.00 | 1,242.50 | 1,242.50 | 11,366.29 |
| 7 | Polsinelli Shughart PC | Unsecured | 7,842.50 * | 0.00 | 0.00 | 0.00 | 0.00 | 11,366.29 |
| 8 | V W Credit, Inc. | Unsecured | 31,002.30 * | 0.00 | 0.00 | 0.00 | 0.00 | 11,366.29 |
| 8 -2 | V W Credit, Inc. | Unsecured | 11,366.29 | 11,366.29 | 0.00 | 11,366.29 | 11,366.29 | 0.00 |
| 9 | V W Credit, Inc. | Unsecured | 11,366.29 * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 10-74856 :** | | **$90,282.40** | **$40,000.69** | **$0.00** | **$40,000.69** | **$40,000.69** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $13,896.90 | $13,826.28 | $0.00 | $13,826.28 | 100.000000% |
| **Total Unsecured Claims :** | $76,385.50 | $26,174.41 | $0.00 | $26,174.41 | 100.000000% |

(*) Denotes objection to Amount Filed

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-74856
Case Name: PAGANO, BARBARA S.
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 40,000.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 40,000.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,750.00 | 0.00 | 4,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 8,777.88 | 0.00 | 8,777.88 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 48.40 | 0.00 | 48.40 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 13,826.28
Remaining balance: $ 26,174.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,174.41

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 26,174.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,174.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7,016.48 | 0.00 | 7,016.48 |
| 2 | American Infosource Lp As Agent for | 3,665.50 | 0.00 | 3,665.50 |
| 3 | American Infosource Lp As Agent for Wfnnb | 810.28 | 0.00 | 810.28 |
| 4 | Fifth Third Bank | 1,870.59 | 0.00 | 1,870.59 |
| 5 | Chase Bank USA,N.A | 202.77 | 0.00 | 202.77 |
| 6 | FIA Card Services, NA/Bank of America | 1,242.50 | 0.00 | 1,242.50 |
| 7 | Polsinelli Shughart PC | 0.00 | 0.00 | 0.00 |
| 8 | V W Credit, Inc. | 0.00 | 0.00 | 0.00 |
| 8 -2 | V W Credit, Inc. | 11,366.29 | 0.00 | 11,366.29 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 26,174.41 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | V W Credit, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-TFR (10/1/2010)**