**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PAGANO, BARBARA S. | § Case No. 10-74856 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  211 South Court Street
  Room 110
  Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/25/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                      By:     /s/ STEPHEN G. BALSLEY
                                                            Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PAGANO, BARBARA S. | § | Case No. 10-74856 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 40,000.69 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 40,000.69 |
| **Balance on hand:** | $ 40,000.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 40,000.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,750.00 | 0.00 | 4,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 8,777.88 | 0.00 | 8,777.88 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 48.40 | 0.00 | 48.40 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,826.28 |
| Remaining balance: | $ 26,174.41 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,174.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 26,174.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,174.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7,016.48 | 0.00 | 7,016.48 |
| 2 | American Infosource Lp As Agent for | 3,665.50 | 0.00 | 3,665.50 |
| 3 | American Infosource Lp As Agent for Wfnnb | 810.28 | 0.00 | 810.28 |
| 4 | Fifth Third Bank | 1,870.59 | 0.00 | 1,870.59 |
| 5 | Chase Bank USA,N.A | 202.77 | 0.00 | 202.77 |
| 6 | FIA Card Services, NA/Bank of America | 1,242.50 | 0.00 | 1,242.50 |
| 7 | Polsinelli Shughart PC | 0.00 | 0.00 | 0.00 |
| 8 | V W Credit, Inc. | 0.00 | 0.00 | 0.00 |
| 8 -2 | V W Credit, Inc. | 11,366.29 | 0.00 | 11,366.29 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  | Total to be paid for timely general unsecured claims: | $ | 26,174.41 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | V W Credit, Inc. | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-74856-MB
Barbara S. Pagano                                                       Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman          Page 1 of 2          Date Rcvd: May 05, 2011
                              Form ID: pdf006         Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2011.
```
db         +Barbara S. Pagano,    6805 New Hampshire Trail,    Crystal Lake, IL 60012-3151
aty        +James P Mullally,    Konewko & Assoc., Ltd.,    29W204 Roosevelt Road,
             West Chicago, IL 60185-3926
aty        +Olivia P Dirig,    Franks, Gerkin & McKenna,    193333 East Grant Highway,    PO Box 5,
             Marengo, IL 60152-0005
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
16205769    Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
16205770    Beneficial,    P.O. Box 5233,    Carol Stream, IL 60197-5233
16205771   +Beneficial Finance,    P.O. Box 3425,    Buffalo, NY 14240-3425
16205772    Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
16205774    Chase Auto Finance,    P.O. Box 78070,    Phoenix, AZ 85062-8070
16559251   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16205775   +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
16205776   +Citifinancial,    PO Box 6931,    The Lakes, NV 88901-6931
16205777   +DCM Services,    4150 Olson Memorial Hwy., Suite 200,    Minneapolis, MN 55422-4811
16205779   +DCM Services,    4150 Olson Memorial Hwy., Suite 200,    P.O. Box 9317,
             Minneapolis, MN 55440-9317
16205778   +DCM Services,    4150 Olson Memorial Hwy., Suite 200,    P.O. Box 1338,
             Minneapolis, MN 55440-1338
16205780   +Del Webb Sun City,    Del Webb Blvd,    Huntley, IL 60142
16205781    Diners Club,    P.O. Box 6003,    The Lakes, NV 88901-6003
16205782    Exxon Mobil,    Processing Center,    Des Moines, IA 50361-0001
16205783    Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
16488468   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16205785   +Gautam Gupta, M.D.,    6090 Strathmoor Drive, Suite 4,    Rockford, IL 61107-5200
16205786    Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
16205791   +Langefeld, Czapla & Associates DDS,    4680 West Algonquin Road,
             Lake in the Hills, IL 60156-6722
16205792    Lord and Taylor/GEMB,    P.O. Box 960035,    Orlando, FL 32895-0035
16205793   +McHenry County Orthopaedics SC,    420 North Route 31,    Crystal Lake, IL 60012-3718
16205794   +NCC Business Services, Inc.,    9428 Baymeadows Road, Suite 200,    P.O. Box 23758,
             Jacksonville, FL 32241-3758
16205796   +Phillips & Cohen Associates, Ltd.,    P.O. Box 48458,    Oak Park, MI 48237-6058
16205797   +Polsinelli & Shughart P.C.,    161 North Clark Street, Suite 4200,    Chicago, IL 60601-3316
16779101   +Polsinelli Shughart PC,    Attn Daniel Reinberg/G Jackson III,    700 W 47th St  Ste 1000,
             Kansas City, MO 64112-1805
16213568   +Pulte Home Mortgage,    PO Box 5226,    Denver, CO 80217-5226
16205798   +Pulte Home Mortgge,    P.O. Box 5226,    Denver, CO 80217-5226
16205799   +Randy L. Kettering, PH.D,    11 West College Drive, Suite B,    Arlington Heights, IL 60004-1900
16432615   +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
16205800    Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
16205801   +Toys R Us,    P.O. Box 15325,    Philadelphia, PA 19111-0325
16205802   +United Mileage Plus/Cardmember Svcs,    P.O. Box 15163,    Wilmington, DE 19886-0001
16205803    United Mileage Plus/Cardmember Svs,    P.O. Box 15153,    Wilmington, DE 19886-5153
16205804    Visa Platinum/Wells Fargo Financial,    P.O. Box 660041,    Dallas, TX 75266-0041
16205807    WFNNB-Pottery Barn,    P.O. Box 659705,    San Antonio, TX 78265-9705
16205806    Wells Fargo Financial Cards,    P.O. Box 660041,    Dallas, TX 75266-0041
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16434218      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2011 01:35:10
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
16444886      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2011 01:45:33
               American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Pottery Barn,    PO Box 248872,
               Oklahoma City, OK   73124-8872
16205773     +Fax: 602-221-4614 May 05 2011 22:44:39     Chase Auto Finance,    P.O. Box 5210,
               New Hyde Park, NY 11042-5210
16762881      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2011 01:45:33
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
16291190      E-mail/PDF: gecsedi@recoverycorp.com May 06 2011 01:37:32     GE Money Bank (Lord & Taylor),
               c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
16205789      E-mail/PDF: cr-bankruptcy@kohls.com May 06 2011 01:45:57     Kohl’s,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
16205790      E-mail/PDF: cr-bankruptcy@kohls.com May 06 2011 01:45:57     Kohl’s Payment Center,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
16205795      E-mail/Text: bnc@nordstrom.com May 05 2011 22:31:03     Nordstrom Visa,    P.O. Box 6565,
               Englewood, CO 80155-6565
16787640      E-mail/Text: vci.bkcy@vwcredit.com May 05 2011 22:31:24     V W Credit, Inc.,    PO Box 829009,
               Dallas, TX 75382-9009
```

```
District/off: 0752-3             User: cbachman              Page 2 of 2              Date Rcvd: May 05, 2011
                                 Form ID: pdf006             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16205805      +E-mail/Text: vci.bkcy@vwcredit.com May 05 2011 22:31:24     Volkswagen Credit,   P.O. Box 17497,
               Baltimore, MD 21297-1497
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16205787       HSBC Bank Nevada N.A.
16205788       HSBC Bank Nevara N.A.
aty*          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
16213567*     +Del Webb Sun City,    Del Webb Blvd,   Huntley, Il 60142
16205784*     +Fifth Third Bank,   P.O. Box 740789,   Cincinnati, OH 45274-0789
                                                                                 TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2011          Signature:** _/s/ Joseph Speetjens_