# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PAGANO, BARBARA S. § Case No. 10-74856
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,187,469.66               Assets Exempt: $744,653.34
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,174.41        Claims Discharged
                                                   Without Payment: $232,680.18


Total Expenses of Administration: $13,826.28

3) Total gross receipts of $ 40,000.69 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,000.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $765,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,896.90 | 13,826.28 | 13,826.28 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 254,697.31 | 76,385.50 | 26,174.41 | 26,174.41 |
| **TOTAL DISBURSEMENTS** | $1,019,697.31 | $90,282.40 | $40,000.69 | $40,000.69 |

    4)  This case was originally filed under Chapter 7 on September 29, 2010. The case was pending for 11 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/06/2011_____   By:  /s/STEPHEN G. BALSLEY_____
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer to Chase | 1141-000 | 10,000.00 |
| Checking/Savings account at Fifth Third #xxxx400 | 1229-000 | 30,000.00 |
| Interest Income | 1270-000 | 0.69 |
| **TOTAL GROSS RECEIPTS** | | $40,000.69 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Beneficial | 4110-000 | 340,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 4110-000 | 425,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $765,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 8,848.50 | 8,777.88 | 8,777.88 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 48.40 | 48.40 | 48.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 13,896.90 | 13,826.28 | 13,826.28 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-000 | 6,842.66 | 7,016.48 | 7,016.48 | 7,016.48 |
| 2 | American Infosource Lp As Agent for | 7100-000 | 3,447.49 | 3,665.50 | 3,665.50 | 3,665.50 |
| 3 | American Infosource Lp As Agent for Wfnnb | 7100-000 | 748.83 | 810.28 | 810.28 | 810.28 |
| 4 | Fifth Third Bank | 7100-000 | 1,775.18 | 1,870.59 | 1,870.59 | 1,870.59 |
| 5 | Chase Bank USA,N.A | 7100-000 | 142.97 | 202.77 | 202.77 | 202.77 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | 1,217.50 | 1,242.50 | 1,242.50 | 1,242.50 |
| 7 | Polsinelli Shughart PC | 7100-000 | 7,842.50 | 7,842.50 | 0.00 | 0.00 |
| 8 | V W Credit, Inc. | 7100-000 | N/A | 31,002.30 | 0.00 | 0.00 |
| 8 -2 | V W Credit, Inc. | 7100-000 | N/A | 11,366.29 | 11,366.29 | 11,366.29 |
| 9 | V W Credit, Inc. | 7200-000 | N/A | 11,366.29 | 0.00 | 0.00 |
| NOTFILED | Langefeld, Czapla & Associates DDS | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 361.91 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC Bank Nevara N.A. | 7100-000 | 834.09 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Nevada N.A. | 7100-000 | 1,769.85 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 4,045.19 | N/A | N/A | 0.00 |
| NOTFILED | Volkswagen Credit | 7100-000 | 35,204.84 | N/A | N/A | 0.00 |
| NOTFILED | Gautam Gupta, M.D. | 7100-000 | 287.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Nevada N.A. | 7100-000 | 1,769.35 | N/A | N/A | 0.00 |
| NOTFILED | Visa Platinum/Wells Fargo Financial | 7100-000 | 3,592.06 | N/A | N/A | 0.00 |
| NOTFILED | Randy L. Kettering, PH.D | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | United Mileage Plus/Cardmember Svcs | 7100-000 | 32,137.01 | N/A | N/A | 0.00 |
| NOTFILED | Toys R Us | 7100-000 | 68.92 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom Visa | 7100-000 | 9,874.55 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Orthopaedics SC | 7100-000 | 59.80 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial Cards | 7100-000 | 2,573.97 | N/A | N/A | 0.00 |
| NOTFILED | Lord and Taylor/GEMB | 7100-000 | 61.60 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Processing Center | 7100-000 | 1,275.89 | N/A | N/A | 0.00 |
| NOTFILED | United Mileage Plus/Cardmember Svs | 7100-000 | 17,439.05 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance | 7100-000 | 32,066.22 | N/A | N/A | 0.00 |
| NOTFILED | Diners Club | 7100-000 | 3,432.14 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 4,752.56 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 7100-000 | 7,907.61 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 7,978.37 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 17,184.54 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial Finance | 7100-000 | 18,238.57 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,187.17 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 13,437.92 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 254,697.31 | 76,385.50 | 26,174.41 | 26,174.41 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74856
**Case Name:** PAGANO, BARBARA S.

**Period Ending:** 09/06/11

**Trustee:** (330410)  STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 09/29/10 (f)
**§341(a) Meeting Date:** 11/04/10
**Claims Bar Date:** 02/09/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 6805 New Hampshire Trail, Crystal Lake | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Misc items remaining from sales | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Daily wear | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Costume jewelry, wedding set | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | METRA widow annuity | Unknown | 0.00 | DA | 0.00 | FA |
| 6 | Monthly annuity money from METRA | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | Property from estate of husband, intestate succe (u)<br>  Value changed per Amended Schedule B filed January 27, 2011. | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Aetna Life insurance #3162 (u)<br>  Value changed per Amended Schedule B filed January 27, 2011. | 516,114.07 | 0.00 | DA | 0.00 | FA |
| 9 | Lifetime Membership Boulder Ridge CC (u)<br>  Value changed per Amended Schedule B filed January 27, 2011. | 11,995.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2009 Toyota Camry<br>  Upon further investigation, the trustee was informed that the debtor never owned a 2009 Toyota Camry, rather the debtor owns a 2007 Jeep Compass as listed in Amended Scedule B filed January 27, 2011. | 9,800.00 | 0.00 | DA | 0.00 | FA |
| 11 | Preferential Transfer to Bank of America<br>  Upon further investigation, the Trustee discovered that the debtor did not make any preferential payment to Bank of America. | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Preferential Transfer to Chase<br>  Settlement pursuant to Order to Compromise Controversy with Chase Bank entered March 7, 2011. | 16,000.00 | 16,000.00 | DA | 10,000.00 | FA |
| 13 | Savings account at Fifth/Third #5461 (u) | 10,008.76 | 0.00 | DA | 0.00 | FA |
| 14 | Checking/Savings account at Fifth Third #xxxx400 (u) | 30,872.75 | 30,000.00 | DA | 30,000.00 | FA |
| 15 | Money from life insurance policy 3162 transferre (u) | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | RTA Pension Monthly Annuity Survivor Trust x0945 (u) | 5,334.81 | 0.00 | DA | 0.00 | FA |

Printed: 09/06/2011 02:23 PM   V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74856

**Case Name:**  PAGANO, BARBARA S.

**Period Ending:** 09/06/11

**Trustee:**          (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 09/29/10 (f)

**§341(a) Meeting Date:**   11/04/10

**Claims Bar Date:**        02/09/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | IMRF Monthly Annuity  (u) | 450.17 | 0.00 | DA | 0.00 | FA |
| 18 | TD Ameritrade Account x9633  (u) | 196,189.10 | 0.00 | DA | 0.00 | FA |
| 19 | Metra 457 B account  (u) | Unknown | 0.00 | DA | 0.00 | FA |
| 20 | 2007 Jeep Compass Sport 4x4  (u) | 11,005.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.69 | FA |
| 21 | **Assets**       **Totals** (Excluding unknown values) | **$1,187,469.66** | **$46,000.00** | | **$40,000.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      December 31, 2011

**Current Projected Date Of Final Report (TFR):**      March 10, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-74856 | |
| **Case Name:** PAGANO, BARBARA S. | |
| | |
| **Taxpayer ID #:** **-***5877 | |
| **Period Ending:** 09/06/11 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******56-65 - Money Market Account |
| **Blanket Bond:** | $373,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/11 | {12} | Chase Bank USA, NA | Settlement proceeds re: preferential transfer to Chase Bank | 1141-000 | 10,000.00 | | 10,000.00 |
| 02/28/11 | {14} | Barbara S. Pagano | Non-exempt proceeds in checking account | 1229-000 | 30,000.00 | | 40,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 40,000.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,000.34 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 40,000.66 |
| 05/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 40,000.69 |
| 05/04/11 | | To Account #9200******5666 | Transfer funds from MMA to Checking Account | 9999-000 | | 40,000.69 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | **40,000.69** | **40,000.69** | **$0.00** |
| Less: Bank Transfers | 0.00 | 40,000.69 |
| **Subtotal** | **40,000.69** | **0.00** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$40,000.69** | **$0.00** |

{} Asset reference(s)

Printed: 09/06/2011 02:23 PM     V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-74856
**Case Name:** PAGANO, BARBARA S.

**Taxpayer ID #:** **-***5877
**Period Ending:** 09/06/11

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******56-66 - Checking Account
**Blanket Bond:** $373,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/11 | | From Account #9200******5665 | Transfer funds from MMA to Checking Account | 9999-000 | 40,000.69 | | 40,000.69 |
| 05/25/11 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 39,750.69 |
| 05/25/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,750.00, Trustee Compensation;  Reference: | 2100-000 | | 4,750.00 | 35,000.69 |
| 05/25/11 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $8,777.88, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,777.88 | 26,222.81 |
| 05/25/11 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $48.40, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 48.40 | 26,174.41 |
| 05/25/11 | 105 | TARGET NATIONAL BANK | Dividend paid 100.00% on $7,016.48; Claim# 1; Filed: $7,016.48; Reference: | 7100-000 | | 7,016.48 | 19,157.93 |
| 05/25/11 | 106 | American Infosource Lp As Agent for | Dividend paid 100.00% on $3,665.50; Claim# 2; Filed: $3,665.50; Reference: | 7100-000 | | 3,665.50 | 15,492.43 |
| 05/25/11 | 107 | American Infosource Lp As Agent for Wfnnb | Dividend paid 100.00% on $810.28; Claim# 3; Filed: $810.28; Reference: | 7100-000 | | 810.28 | 14,682.15 |
| 05/25/11 | 108 | Fifth Third Bank | Dividend paid 100.00% on $1,870.59; Claim# 4; Filed: $1,870.59; Reference: | 7100-000 | | 1,870.59 | 12,811.56 |
| 05/25/11 | 109 | Chase Bank USA,N.A | Dividend paid 100.00% on $202.77; Claim# 5; Filed: $202.77; Reference: | 7100-000 | | 202.77 | 12,608.79 |
| 05/25/11 | 110 | FIA Card Services, NA/Bank of America | Dividend paid 100.00% on $1,242.50; Claim# 6; Filed: $1,242.50; Reference: | 7100-000 | | 1,242.50 | 11,366.29 |
| 05/25/11 | 111 | V W Credit, Inc. | Dividend paid 100.00% on $11,366.29; Claim# 8 -2; Filed: $11,366.29; Reference: | 7100-000 | | 11,366.29 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 40,000.69 | 40,000.69 | $0.00 |
| | | Less: Bank Transfers | | | 40,000.69 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 40,000.69 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $40,000.69 | |

{} Asset reference(s)

Printed: 09/06/2011 02:23 PM     V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-74856 | |
| **Case Name:** PAGANO, BARBARA S. | |
| **Taxpayer ID #:** **-***5877 | |
| **Period Ending:** 09/06/11 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******56-66 - Checking Account |
| **Blanket Bond:** | $373,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******56-65** | 40,000.69 | 0.00 | 0.00 |
| **Checking # 9200-******56-66** | 0.00 | 40,000.69 | 0.00 |
| | $40,000.69 | $40,000.69 | $0.00 |

{} Asset reference(s)                                                                 Printed: 09/06/2011 02:23 PM    V.12.57